**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | CASE NO. 1:06CR594 |
| Plaintiff | ) | |
| | ) | Judge David D. Dowd, Jr. |
| - vs - | ) | |
| | ) | **O R D E R** |
| Carlos Moore | ) | |
| | ) | |
| Defendant | ) | |

The defendant and his counsel, Anthony Vegh appeared before this Court on July 24, 2012.

A report and recommendation was filed on April 25, 2012. See docket #1431. The Court adopts the report and recommendation of Magistrate Judge Nancy Vecchiarelli and finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report.

IT IS ORDERED that the defendant's supervised release is hereby revoked and the defendant be committed to the custody of the Bureau of Prisons for a period of three (3) months. The defendant is granted leave to self-surrender by 12:00 noon on August 7, 2012, to the U.S. Marshal. Upon release from confinement the period of supervised release is terminated.

July 24, 2012        *s/David D. Dowd, Jr.*
   Date                    DAVID D. DOWD, JR.
                           U. S. DISTRICT JUDGE